AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: Micah S. Wallace Telephone: (313) 226-9100
Inspector: Christopher Bradshaw Telephone: (313) 226-8205

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

D-1 Ryan BAUGH,

D-2 Jacob SANDROCK

Case No.

Case: 2:24−mj−30271
Assigned To : Unassigned
Assign. Date : 7/16/2024
Description: RE: RYAN BAUGH, JACOB SANDROCK (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 30, 2024__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |
| 18 U.S.C. § 1701 | Obstruction of the Mails |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Christopher Bradshaw, Postal Inspector - USPIS
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __July 16, 2024__

_Judge's signature_

City and state: __Detroit, Michigan__      Honorable David R. Grand, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Postal Inspector Christopher G. Bradshaw, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a United States Postal Inspector assigned to the Detroit Division of the U.S. Postal Inspection Service (USPIS) Financial Crimes Team. I have been a Postal Inspector since June 2013 where I attended the USPIS Basic Training Academy. I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. As a Postal Inspector, I have conducted or participated in numerous investigations involving violations of federal and state law, including cases related to revenue fraud, theft of mail, mail fraud, account takeover fraud, identity theft, robberies, and burglaries violations. I am also a member of the International Association of Financial Crime Investigators, where I obtained the designation as a Certified Financial Crimes Investigator. Previously, I was assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

2. I have been trained in techniques for the criminal investigation of mail theft, mail fraud, identity theft, credit card fraud, and the distribution of controlled substances. I have also been trained in the execution of various search warrants involving searches and seizures of residences and vehicles. These warrants often

include but are not limited to seizures of computers, phones, various electronic devices, narcotics, mail, and weapons. Finally, I have experience in the investigation of state and federal crimes.

3. The facts contained in this affidavit come from my personal observations, my training and experience, and my review of documents, statements, and/or information obtained from other law enforcement officers, victims, witnesses, and individuals with knowledge of this matter. This affidavit is intended to establish probable cause for the requested criminal complaint and arrest warrant and does not set forth all facts known to law enforcement related to this investigation.

4. I am submitting this affidavit to obtain a criminal complaint and arrest warrant charging Ryan BAUGH and Jacob SANDROCK with violations of 18 U.S.C. § 641, Theft of Government Property, and 18 U.S.C. § 1701, Obstruction of Mails.

## PROBABLE CAUSE

5. On April 30, 2024, the Bloomfield Hills Postmaster reported that the blue USPS collection box located at 2550 South Telegraph Road, Bloomfield Hills, MI 48302 was missing. The Postmaster reported he contacted postal maintenance, who stated there were no work orders for that area and they had not removed the box.

6. On May 2, 2024, at approximately 11:33 a.m., a postal technician received a call from an individual who asked if he could keep a blue collection box which he found next to a dumpster in Bloomfield Township. The postal technician then asked what the caller wanted the collection box for, and the caller stated he wanted it for personal use/decorative purposes. The postal technician told the caller he was not allowed to keep the collection box. The caller's phone number was 810-730-6594, which was later identified as belonging to Ryan BAUGH.

7. Later that day, at approximately 11:56 a.m., the postal technician received a call from the manager of the STAR EMS located at XXXX Telegraph Road in Southfield, MI 48033 ("EMS Station"). The EMS manager stated he did not believe that his employees, Ryan BAUGH and an unnamed employee, took the blue USPS collection box. According to the EMS manager, BAUGH told him that someone at the Postal Inspection Service advised that BAUGH could keep the blue collection box.

8. Approximately ten minutes later, BAUGH, called the postal technician a second time. BAUGH said that a blue collection box was at the EMS Station and provided the door code. The postal technician asked BAUGH for the identity of the other person who helped take the collection box, and BAUGH stated it was "Jacob." The technician asked BAUGH for Jacob's last name, and BAUGH said he did not know it.  Inspectors later identified "Jacob" as Jacob SANDROCK.

3

9. On May 2, 2024, postal inspectors met with the EMS Manager. He confirmed that SANDROCK and BAUGH were on duty on April 29, 2024, when the box was taken. He said they were identified via the ambulance GPS that showed the ambulance stationary at the missing box's location between 5:22 p.m. and 5:29 p.m. The ambulance's in-vehicle video camera showed SANDROCK and BAUGH using a STAR EMS stretcher to load the collection box into the back of an ambulance.

10. The EMS Manager provided your affiant with the ambulance's in-vehicle video from April 29, 2024, depicting the theft of the mailbox. I have reviewed the video. On the video, SANDROCK and BAUGH are clearly seen stealing and loading a USPS collection box into their ambulance. On the video, BAUGH states that if he and SANDROCK get an emergency call, they will have to dispose of the USPS collection box.

11. According to postal maintenance representatives, USPS collection boxes are valued at $1,800.00 each.

## SANDROCK INTERVIEW

12. On May 6, 2024, postal inspectors interviewed Jacob SANDROCK regarding the theft of the USPS collection box. SANDROCK began by stating that, in hindsight, taking the USPS collection box was "fucking stupid." SANDROCK said he had not seen the mailbox until the previous week and thought it was trash

4

because it was near a dumpster. SANDROCK said BAUGH said it was trash. SANDROCK stated BAUGH told him he got permission from the post office to take it. SANDROCK stated BAUGH thought it could be used as a drop box for their medical reports. SANDROCK admitted the collection box was bolted into concrete. SANDROCK admitted that he and BAUGH took the collection box to the EMS Station.

## BAUGH INTERVIEW

13. On May 6, 2024, postal inspectors interviewed Ryan BAUGH regarding the theft of the USPS collection box. BAUGH stated he previously noticed the collection box on or about April 22, 2024. He stated he sent his boss a picture of it via text message and advised it could be used in the office. BAUGH believed the box was out of commission because it was next to a dumpster. BAUGH stated he thought he could refurbish it for a drop box to be used for medical reports. BAUGH further stated he took the USPS collection box to the EMS Station. BAUGH stated that taking the USPS collection box was his idea not SANDROCK's.

14. According to the Bloomfield Post Office, the collection box has always been there, but the dumpster was new.

5

15. The location of the missing USPS collection box and the EMS Station referenced in this affidavit are within the Eastern District of Michigan, Southern Division.

## CONCLUSION

16. Based upon the evidence detailed above, and my experience and training in investigating financial criminal activity, probable cause exists to believe that, in the Eastern District of Michigan, Ryan BAUGH and Jacob SANDROCK did commit violations of 18 U.S.C. § 641, Theft of Government Property, and 18 U.S.C. § 1701, Obstruction of Mails.

_____
Christopher G. Bradshaw, Postal Inspector
U.S. Postal Inspection Service

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated: July 16, 2024